# Plaintiff's Complaint Exhibit 2

Representative Photos of Damages/Disorder
(Originals in Color)

3 pages (Black and White)





