UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAH BASSETT,<br>    Plaintiff,<br><br>v.<br><br>MONICA JENSEN, d/b/a NICA NOELLE; JON BLITT, in his Personal Capacity & d/b/a MILE HIGH MEDIA, ICON MALE, and TRANSSENSUAL; MILE HIGH DISTRIBUTION, INC.; JOSHUA SPAFFORD, d/b/a JOSHUA DARLING; APRIL CARTER, d/b/a DIANA DEVOE; TLA ENTERTAINMENT GROUP, d/b/a TLA GAY and TLA DISTRIBUTION; and GAMMA ENTM'T, d/b/a CHARGEPAY B.V., WILLIAM GRAY, d/b/a BILLY SANTORO, and FIORE J. BARBINI, d/b/a HUGH HUNTER,<br>    Defendants. | CIVIL ACTION<br>No. 18-cv-10576-PBS |

## JOINT STATEMENT PURSUANT TO
## FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), Plaintiff Leah Bassett, and Defendants Monica Jensen, Jon Blitt, Mile High Media, Mile High Distribution, Inc., TLA Entertainment Group, Inc, d/b/a TLA Gay and TLA Distribution submit this joint statement the parties proposed and the Court ordered on July 17, 2018:

The parties jointly agree to the following discovery plan, mediation and pre-trial schedule:

| EVENT | DEADLINE |
|---|---|
| Service of initial disclosures | 9/20/2018 |
| Mediation before Magistrate Judge Marianne B. Bowler | 12/31/2018 |
| All written discovery served, depositions taken, and fact discovery completed | 7/30/2019 |

| EVENT | DEADLINE |
|---|---|
| Plaintiff's disclosure of experts with expert reports served under Fed. R. Civ. P. 26(a)(2) | 8/30/2019 |
| Defendants' disclosure of experts with expert reports served under Fed. R. Civ. P. 26(a)(2) | 9/30/2019 |
| Depositions of experts completed | 10/30/2019 |
| Summary Judgment Motions filed | 11/15/2019 |
| Final Pretrial Conference | As the Court orders |

PLAINTIFF LEAH BASSETT,
By her attorney,


/s/ John A. Taylor
John A. Taylor, BBO 493400
18 Central Square
Bristol, NH 03222
Jataylor317@gmail.com
Tel. (603) 530-2160


DEFENDANTS
MONICA JENSEN, JON BLITT,
MILE HIGH MEDIA and MILE HIGH
DISTRIBUTION INC.,
By their Attorneys,


/s/   Stephen A. Roach
/s/   Natalie R. Megaloudis
Stephen A. Roach, Esq. BBO 542138
Natalie R. Megaloudis, Esq. BBO 648408
ROACH, IOANNIDIS & MEGALOUDIS, LLC
50 Congress Street, Suite 400
Boston, MA 02109
roach@rimlawyers.com
nrmegaloudis@rimlawyers.com
Tel.: (617) 723-2800

DEFENDANTS TLA Entertainment Group, Inc, d/b/a TLA Gay and TLA Distribution, By their Attorney,

/s/ Todd B. Gordon
Todd B. Gordon BBO 652482
The Gordon Law Firm LLP
River Place
57 River Street
Wellesley, MA 02481
tgordon@gordonfirm.com
Tel.: (617) 261-0100

July 23, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2018, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Stephen A. Roach
Attorney for Mile High Defendants