UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAH BASSETT,<br>　　　Plaintiff,<br><br>v.<br><br>MONICA JENSEN, d/b/a NICA NOELLE; JON BLITT, in his Personal Capacity & d/b/a MILE HIGH MEDIA, ICON MALE, and TRANSSENSUAL; MILE HIGH DISTRIBUTION, INC.; JOSHUA SPAFFORD, d/b/a JOSHUA DARLING; APRIL CARTER, d/b/a DIANA DEVOE; TLA ENTERTAINMENT GROUP, d/b/a TLA GAY and TLA DISTRIBUTION; and GAMMA ENTM'T, d/b/a CHARGEPAY B.V., WILLIAM GRAY, d/b/a BILLY SANTORO, and FIORE J. BARBINI, d/b/a HUGH HUNTER,<br>　　　Defendants. | CIVIL ACTION<br>No. 18-cv-10576-PBS |

## JOINT STATEMENT PURSUANT TO
## FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), Plaintiff Leah Bassett, and Defendants Monica Jensen, Jon Blitt, Mile High Media, Mile High Distribution, Inc., TLA Entertainment Group, Inc, d/b/a TLA Gay and TLA Distribution submit this joint statement the parties proposed and the Court ordered on July 17, 2018:

The parties jointly agree to the following discovery plan, mediation and pre-trial schedule:

| EVENT | DEADLINE |
|---|---|
| Service of initial disclosures | 9/20/2018 |
| Mediation before Magistrate Judge Marianne B. Bowler | 12/31/2018 |
| All written discovery served, depositions taken, and fact discovery completed | 7/30/2019 |

7/24/18
approved.
/s/ Paul B. Saris