# EXHIBIT 7

DVD VIDEO
3( 8)
27( 47)
T 0: 52: 21
A-B
TITLE
ENTER
Quit: DISPLAY

3( 8)
28( 47)
T 0: 53: 14
DVD VIDEO
ENTER
Quit:
DISPLAY

DVD VIDEO
3( 8)
28(47)
T 0:58:46
TITLE
ENTER
Quit: DISPLAY

DVD VIDEO
3( 8)
31( 47)
T 1:07:08
A-B
TITLE
ENTER
Quit:
DISPLAY

DVD VIDEO
3( 8)
34( 47)
T 1:20:49
Quit: DISPLAY
TITLE
ENTER

3( 8)
34( 47)
T 1:23:41
TITLE
ENTER
Quit:
DISPLAY
A-B

3( 8)
35( 47)
T 1: 25: 55
A-B
TITLE
ENTER
Quit:
DISPLAY