# EXHIBIT 8











