EXHIBIT 12







