UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * *
LEAH BASSETT,
       Plaintiff

vs.

                              CIVIL ACTION
                              No. 18-cv-10576-PBS

MONICA JENSEN, d/b/a NICA NOELLE;
JON BLITT, personally and d/b/a MILE
  HIGH MEDIA, d/b/a ICON MALE;
  d/b/a TRANSSENSUAL;
MILE HIGH DISTRIBUTION, INC.;
ET ALS.
       Defendants
* * * * * * * * * * * * * * * * *

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Leah Bassett, and respectfully moves for summary judgment pursuant to Fed. R. Civ. P., Rule 56 against the so-called Mile High-associated Defendants (being those persons or entities identified by name in the above case caption) as to four of the Counts stated in Plaintiff's Verified Complaint; *viz.* Count Four (Violation of Chapter 93A); Count Five (Civil Conspiracy); Count Seven (Infliction of Emotional and Mental Distress); and Count Nine (Copyright Infringement). The grounds for her Motion are set forth in her Memorandum being filed herewith, and all other materials of record referenced therein; any additional materials or pleadings on file in this case that the Court chooses to review; any matters that the Court may take judicial notice; and, such additional submissions, evidence, and argument as may be presented at or before the Court's hearing and decision on this Motion.

WHEREFORE, Ms. Bassett respectfully requests that the Court:

(1.) Enter judgment in her as to Defendants' respective liability on each of those Counts;

(2.) Enter such other Orders as the Court deems meet and just.

LEAH BASSETT

By her attorney,

Date: December 23, 2019

John A. Taylor, Esq.<br>
BBO# 493400<br>
18 Central Square<br>
Bristol, NH 03222<br>
(603) 530-2160<br>
jataylor317@gmail.com

### Certificate of Compliance with Local Rule 7.1

The undersigned John A. Taylor, Esq. hereby certifies that I provided Defendants' counsel with written notice of my intention to file this Motion and an opportunity to conduct a conference thereto. Neither side thought it would be useful to do so.

### Certificate of Service

The undersigned John A. Taylor, Esq. hereby certifies that a copy of this pleading, along with its accompanying Affidavit (with Exhibits), will be transmitted on the above-stated date, electronically to the registered counsel of record as identified on the Notice of Electronic Filing, as well as to those attorneys known to be representing named Co-Defendants in this matter who have not yet filed their respective Appearance.

John A. Taylor, Esq.