UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAH BASSETT,<br>    Plaintiff,<br><br>v.<br><br>MONICA JENSEN, d/b/a NICA NOELLE; JON BLITT,<br>in his Personal Capacity & d/b/a MILE HIGH MEDIA,<br>ICON MALE, and TRANSSENSUAL; MILE HIGH<br>DISTRIBUTION, INC.; et al.<br>    Defendants. | CIVIL ACTION<br>No. 18-cv-10576-PBS |

**DEFENDANTS MILE HIGH DISTRIBUTION, INC. AND JON BLITT'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S DESIGNATED EXPERTS**

Defendants Mile High Distribution, Inc. ("Mile High") and Jon Blitt (collectively, "Defendants") hereby move the Court for an order excluding any and all testimony, references to testimony, or arguments relating to testimony, of the following witnesses who have been designated as purported experts by Plaintiff:

1. **Gordon Bassett** (Plaintiff's father. Not an expert, and failed to provide adequate report.)

2. **Anja May** (Not an expert, and failed to provide adequate report.)

3. **Michael Einhorn** (Did not provide an initial report, and did not provide a rebuttal report.)

4. **Alexandra Taylor** (Plaintiff's friend. Not an expert, and failed to provide adequate report.)

5. **James Wallen** (Plaintiff's friend. Not an expert, and failed to provide adequate report.)

Page 1 of 16

---

Handwritten margin note (signed by Paul B. Saros):

6/8/21 — The parties shall confer pursuant to L.R. 7.2. Defendants shall inform the Court by 6/14/21 whether the issues have been mooted in light of plaintiff's response.