UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAH BASSETT,<br>    Plaintiff,<br><br>v.<br><br>MONICA JENSEN, d/b/a NICA NOELLE; JON BLITT,<br>in his Personal Capacity & d/b/a MILE HIGH MEDIA,<br>ICON MALE, and TRANSSENSUAL; MILE HIGH<br>DISTRIBUTION, INC.; et al.<br>    Defendants. | CIVIL ACTION<br>No. 18-cv-10576-PBS |

### DEFENDANT MILE HIGH DISTRIBUTION, INC.'S DISCOVERY RESPONSE

Pursuant to the Court's July 15, 2021 order (Dkt. 254), Defendant Mile High Distribution, Inc. submits the following enclosed materials as Exhibit A:

- Defendant Mile High Distribution, Inc.'s Responses/Objections to Plaintiff Leah Bassett's Interrogatories (Set Three) re Damages

The above responses were served on October 5, 2020. It identifies Suzanne Feghaly in response to Interrogatory No. 1, which requested that Defendant identify the individuals involved in preparing the responses to Plaintiff's Interrogatories and Document Requests (which included requests for the production of Defendant's financial documents). See **Exhibit A**, pp. 4-5.

Respectfully submitted,

| | |
|---|---|
| **DEFENDANTS MILE HIGH**<br>**DISTRIBUTION, INC. AND JON BLITT**<br><br>By their attorneys,<br><br>/s/ Gary Jay Kaufman<br>Gary Jay Kaufman, Esq. Cal. SBN 92759<br>Noam Reiffman, Esq. Cal SBN 299446<br>*All admitted pro hac vice* | **DEFENDANTS MILE HIGH**<br>**DISTRIBUTION, INC., JON BLITT,**<br>**MONICA JENSEN**<br><br>By their attorneys,<br><br>/s/ Stephen A. Roach<br>Stephen A. Roach, Esq. BBO 542138<br>Natalie R. Megaloudis, Esq. BBO 648408 |

| | |
|---|---|
| THE KAUFMAN LAW GROUP<br>1801 Century Park East, Suite 1430<br>Los Angeles, California 90067<br>gary@theklg.com<br>nreiffman@theklg.com<br>Phone: (310) 286-2202 | ROACH, IOANNIDIS & MEGALOUDIS, LLC<br>50 Congress Street, Suite 400<br>Boston, Massachusetts 02109<br>roach@rimlawyers.com<br>nrmegaloudis@rimlawyers.com<br>Phone: (617) 723-2800 |

Dated: July 15, 2021

CERTIFICATE OF SERVICE

      I, Gary Jay Kaufman, Esq., attorney for the Defendants Jon Blitt and Mile High Distribution, Inc., hereby certify that a true copy of this document was filed through the ECF system, and will be sent this date, July 15, 2021, electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 15, 2021           /s/ Gary Jay Kaufman
                                        Gary Jay Kaufman