UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
LEAH BASSETT,
      Plaintiff

vs.

                                              CIVIL ACTION
                                              No. 18-cv-10576-PBS

MONICA JENSEN, d/b/a NICA NOELLE;
JON BLITT, personally and d/b/a MILE
  HIGH MEDIA, d/b/a ICON MALE;
  d/b/a TRANSSENSUAL;
MILE HIGH DISTRIBUTION, INC.;
ET ALS.
      Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR LEAVE TO REQUEST A TRANSCRIPT
OF THE SETTLEMENT AGREEMENT RECITED ON THE RECORD
DURING THE ADR HEARING ON JULY 22, 2021**

NOW COMES Plaintff Leah Bassett ("Bassett") and respectfully requests leave of Court to secure a transcript copy of the Settlement Agreement terms that were recited on the record by Magistrate Judge Bowler, and verbally assented to at that time by all parties (and/or their respective counsel), at the conclusion of the ADR Hearing held on July 22, 2021.

Judge Bowler subsequently ordered that the court reporter's record of that proceeding be placed "under seal", presumably so that members of the press or other curious third-parties would not have access to the confidential terms of that Settlement Agreement. Bassett, however, was an actual party to that Settlement Agreement, and is seeking clarification as to a specific portion of that Agreement due to an on-going disagreement with the Mile High-associated Defendants.

WHEREFORE, Bassett requests that the court reporter be authorized to provide a transcript copy to Bassett at her usual fee rate, subject to the understanding that Bassett will not

provide a copy of that transcript, or otherwise disclose its contents, to any unauthorized third-parties.

LEAH BASSETT

By her attorney,

Date: September 24, 2021

/s/ John A. Taylor  
John A. Taylor, Esquire  
MA BBO# 493400  
18 Central Square  
Bristol, NH 03222  
(603) 530-2160  
jataylor317@gmail.com

### Certificate of Compliance with Local Rule 7.1

The undersigned John A. Taylor, Esq. hereby certifies that I disclosed my client's intention to file this Motion in an email to Defendants' counsel, dated August 20, 2021, inquiring therein whether they wished to file the Motion jointly and at a shared cost for the transcript. They chose not to do so.

### Certificate of Service

The undersigned John A. Taylor, Esq. hereby certifies that a copy of this Motion will be transmitted on the above-stated date to the registered counsel of record as identified on the Notice of Electronic Filing.

/s/ John A. Taylor
