UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEAH BASSETT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONICA JENSEN, d/b/a NICA NOELLE; JON BLITT, | ) | CIVIL ACTION |
| in his Personal Capacity & d/b/a MILE HIGH MEDIA, | ) | No. 18-cv-10576-PBS |
| ICON MALE, and TRANSSENSUAL; MILE HIGH | ) | |
| DISTRIBUTION, INC.; JOSHUA SPAFFORD, d/b/a | ) | |
| JOSHUA DARLING; APRIL CARTER, d/b/a DIANA | ) | |
| DEVOE; TLA ENTERTAINMENT GROUP, d/b/a TLA | ) | |
| GAY and TLA DISTRIBUTION; and GAMMA | ) | |
| ENTM'T, d/b/a CHARGEPAY B.V.; WILLIAM | ) | |
| GRAY, d/b/a BILLY SANTORO; and FIORE J. | ) | |
| BARBINI, d/b/a HUGH HUNTER, | ) | |
|     Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO REQUEST A TRANSCRIPT OF
RECORDING DURING THE JULY 22, 2021 MEDIATION SESSION BEFORE
MAGISTRATE JUDGE BOWLER**

Defendants Mile High Distribution, Inc., Jon Blitt, and Monica Jensen (collectively

"Defendants") hereby respectfully seek leave of Court to request from Court Reporter Robert

Paschal a copy of the transcript of statements made during the Mediation before Magistrate

Judge Marianne Bowler on July 22, 2021.  The Court placed the record under seal with leave for

the parties to request a transcript of it though a motion to the Court.

The Plaintiff's counsel, after a Motion which the Court granted, obtained a transcript of

the July 22, 2021 statements.  The Plaintiff's counsel has recently sent a memo to the

Defendants' lawyers partially quoting the transcript.  Accordingly, the Defendants now wish to

also order and purchase a copy of the transcript so that they will have a complete version of the

transcript. The Defendants are still trying to reach an agreement with the Plaintiff to resolve this

matter with the Plaintiff and, therefore, seek a copy of the transcript to assist with that ongoing process.

Respectfully submitted,

DEFENDANTS MILE HIGH
DISTRIBUTION, INC. AND JON BLITT

By their attorneys,


/s/ Gary Jay Kaufman
Gary Jay Kaufman, Esq. Cal. SBN 92759
Noam Reiffman, Esq. Cal SBN 299446
*All admitted pro hac vice*
THE KAUFMAN LAW GROUP
1801 Century Park East, Suite 1430
Los Angeles, California 90067
gary@theklg.com
nreiffman@theklg.com
Phone: (310) 286-2202

DEFENDANTS MILE HIGH
DISTRIBUTION, INC., JON BLITT, AND
MONICA JENSEN

By their attorneys,


/s/ Stephen A. Roach
Stephen A. Roach, Esq. BBO 542138
Natalie R. Megaloudis, Esq. BBO 648408
ROACH, IOANNIDIS & MEGALOUDIS, LLC
50 Congress Street, Suite 400
Boston, Massachusetts 02109
roach@rimlawyers.com
nrmegaloudis@rimlawyers.com
Phone: (617) 723-2800
Fax: (617) 723-4313

Dated:  November 11, 2021

## LOCAL RULE 7.1 (a) (2) CERTIFICATION

I, Stephen A. Roach, Attorney for the attorney for the Defendants Monica Jensen, Jon Blitt, and Mile High Distribution, Inc., certify that Plaintiff's counsel offered to split the cost of the transcript which the Defendants declined and, therefore, the Plaintiff has registered no objection to the Defendants' obtaining a copy of the transcript.

/s/Stephen A. Roach
Stephen A. Roach

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Esq., attorney for the Defendants Monica Jensen, Jon Blitt and Mile High Distribution, Inc., hereby certify that a true copy of this document was filed through the ECF system, and will be sent this date, November 11, 2021, electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  November 11, 2021

/s/ Stephen A. Roach
Stephen A. Roach